BROOKLYN TRUST COMPANY, Respondent, v. ESTHER LESS and Others, Defendants, and ALEXANDER LEVINSOHN, Appellant.— Judgment in so far as appealed from unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

RUTH ENGLANDER COHEN, as Administratrix, etc., of ABRAHAM COHEN, Deceased, Appellant, v. HARMON NATIONAL REAL ESTATE CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

CREST FURNITURE, INC., Respondent, v. FULTON FIRE INSURANCE COMPANY and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kapper, Carswell, Scudder and Davis, JJ.; Lazansky, P. J., not voting.

MANNING DREWSEN, Appellant, v. ADOLPH FRIEDMAN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

THE ENAMEL PRODUCTS COMPANY, Respondent, v. HARRY SEGAL and SIDNEY SEGAL, Copartners, Doing Business and Trading under the Name of SEGAL MANU-FACTURING COMPANY, Appellants. (Action No. 1.) — Order denying defendants' motion for a bill of particulars reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of directing that plaintiff furnish a bill of particulars of the goods sold and delivered to the defendants between January 1, 1929, and March 6, 1930, stating the articles delivered, the agreed price or reasonable value thereof, and the time and place of delivery. The plaintiff has brought an action for goods sold and delivered and defendants have interposed a denial. In the circumstances they are entitled to know what goods the plaintiff claims it sold and delivered to defendants during the period mentioned. The particulars should be furnished within five days from service of a copy of the order herein. Kapper, Hagarty, Scudder and Davis, JJ., concur; Lazansky, P. J., not voting.

WILLIAM FORST and ANNA FORST, Respondents, v. KINGS ACE HIGH LAUNDRY, INC., Appellant, and "JOHN DOE," etc., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

JOSEPH FYBUSH, Respondent, v. NEPTUNE DEVELOPMENT CO., INC., and Others, Defendants, Impleaded with LARK HOLDING COMPANY, INC., Appellant.— Judgment as resettled and orders unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Carswell, Scudder and Tompkins, JJ.